379 A.2d 621

Eureka Stores Company, Appellant, v. Citizens National Bank.

Argued April 11, 1977. Robert S. Glass, with him Glass and Glass, for appellant; Samuel D. Clapper, with him Taylor B. Coffroth, for appellee.

Judgment affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.